# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

---------------------------------x

**In re:**
PETER R. GEE,

     Debtor.

Case No. 91-11255

***ORDER DIRECTING PAYMENT***

Fund 6047BK/6133BK
Unclaimed Dividends Transferred
To United States Treasury

---------------------------------x

WHEREAS the above numbered account represents dividends unclaimed by the creditors to whom they have been allocated and whereas from time to time the appropriate creditor might appear for purposes of claiming the dividend, and whereas this court has been shown to its satisfaction that

(Name) __Claims Liquidation LLC__

is entitled to an unclaimed dividend in the amount of $ __40,997.34__ .

NOW it is

ORDERED, that the United States Treasury, by check, pay to

(Name) __Claims Liquidation LLC__

in the amount of $ __40,997.34__ as such person's unclaimed dividend from FUND 6133BK/6047BK.

DATED: NEW YORK, NEW YORK

Aug. 25, 2009

/s/ Stuart M. Bernstein

Bankruptcy Judge